| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| ALAIN NUNEZ-MEDINA, | § |
| | § |
| Petitioner, | § |
| | § |
| versus | § CIVIL ACTION NO. 1:26-CV-68 |
| | § |
| KRISTI NOEM, *Secretary of the U.S.* | § |
| *Department of Homeland Security, et al.*, | § |
| | § |
| Respondents. | § |

## ORDER

Pending before the court is Plaintiff Alain Nunez-Medina's ("Nunez-Medina") Motion to Transfer to the Lufkin Division (#2), wherein Nunez-Medina explains that he incorrectly filed his petition for writ of habeas corpus under 28 U.S.C. § 2241 in the Beaumont Division instead of the Lufkin Division. Nunez-Medina states that he is being detained at the IAH Secure Adult Detention Facility in Livingston, Texas, located within the Lufkin Division. Accordingly, Nunez-Medina's Motion to Transfer to the Lufkin Division (#2) is GRANTED. The Clerk of the Court shall transfer this case to the Lufkin Division of the United States District Court for the Eastern District of Texas.

SIGNED at Beaumont, Texas, this 23rd day of February, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE